In the Matter of WALLACH'S, INC., Appellant, against JOHN P. BOLAND et al., as Members of the New York State Labor Relations Board, Respondents.

Argued March 7, 1938; decided March 18, 1938.

*Herbert Ferster, David Drechsler, Theodore W. Adler* and *Mortimer Horowitz* for appellant. The orders of the Board are final orders by which petitioner is aggrieved, and they are presently judicially reviewable. (*Matter of Leland,* 219 N. Y. 387; *People ex rel. Bankers Trust Co.* v. *Graves,* 245 App. Div. 166; 270 N. Y. 316; *Matter of Talmage,* 160 N. Y. 512; *Matter of Simmons [Catskill Aqueduct],* 206 N. Y. 577; *Matter of Scheidecker* v. *Department of State,* 242 App. Div. 119; *People ex rel. Steward* v. *Board of Railroad Comm.,* 160 N. Y. 202; *People ex rel. New York Edison Co.* v. *Wilcox,* 207 N. Y. 86; *People ex rel. N. Y. C. & H. R. R. R. Co.* v. *Public Service Comm.,* 195 N. Y. 157.)

*Burton A. Zorn* and *Eugene Cotton* for respondents. The Board's certification and direction of election are not subject to review at this time. (*Myers* v. *Bethlehem Shipbuilding Corp.,* 303 U. S. 41; *Newport News Shipbuilding & Drydock Co.* v. *Schauffler,* 303 U. S. 54; *Virginian Railway Co.* v. *System Federation,* 300 U. S. 515; *Associated Press* v. *Herrick,* 13 Fed. Supp. 897; *United States* v. *Los Angeles & Salt Lake R. R. Co.,* 273 U. S. 299.)

*Per Curiam.* A certification under section 705 of the New York State Labor Relations Act (Labor Law [Cons. Laws, ch. 31]) is an interlocutory determination which can be reviewed only in connection with the review of a final order, made under section 706 and necessarily affected by the interlocutory determination.

The order should be affirmed, without costs.

CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ., concur.

Order affirmed.